# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR DUANE JACKSON, | ) | No. CV 12-8616-RGK (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW CATE, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice as successive.

DATED: October 11, 2012

_/s/ Gary Klausner_
R. GARY KLAUSNER
United States District Judge