1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  ARTHUR DUANE JACKSON,          )     No. CV 12-8616-RGK (CW)
                                   )
13                  Petitioner,    )     JUDGMENT
                                   )
14           v.                    )
                                   )
15  MATTHEW CATE, Warden,          )
                                   )
16                  Respondent.    )
                                   )
17  _____)

18       **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19  dismissed without prejudice as successive.

20

21  DATED:  October 11, 2012

22                                          _____

23                                               R. GARY KLAUSNER
                                            United States District Judge

24

25

26

27

28